FILED

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA  2018 AUG 16  PM 3: 41
FORT MYERS DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JET 1 CHARTER, INC. )<br>)<br>Defendant. )<br>_____/ | Case No.<br><br>2:18-cv-562-FtM-99CM |

## COMPLAINT FOR DAMAGES

The United States of America, for itself and on behalf of its agency, the Federal Aviation Administration ("FAA"), by and through its undersigned counsel, for its Complaint against Defendant, Jet 1 Charter, Inc., alleges as follows:

I.

This action is brought by the United States of America to recover civil penalties in the sum of $75,000 from Defendant Jet 1 Charter, Inc. under 49 U.S.C. § 46301(a)(5)(A)(ii).

II.

1. This Court has subject matter jurisdiction over this action under 49 U.S.C. §§ 46301(d)(4)(A)(iii), 46305; and 28 U.S.C. § 1345.

2. Venue is proper in this district under 49 U.S.C. § 46106, 28 U.S.C. § 1391(b), and 28 U.SC. § 1395 because the Defendant can be found in, resides in, has transacted business in, and a substantial part of the events or omissions giving rise to this claim occurred in the Middle District of Florida.

III.

3. At all times material herein, Defendant was, and is, the holder of air carrier certificate FKEA929D, authorizing operations under Part 135 of the Federal Aviation Regulations, 14 C.F.R. § 135 *et seq*.

4. On or about the following dates, Defendant operated forty-six (46) Part 135 flights using the following aircraft and the identified pilots:

| Date | # of flights | Aircraft | Pilot-in-Command | Second-in-Command |
|---|---|---|---|---|
| August 16, 2013 | 1 | N99AT | Miles Williams | P. Maloney |
| August 17, 2013 | 2 | N99AT | Miles Williams | P. Maloney |
| August 31, 2013 | 1 | N99AT | Miles Williams | P. Maloney |
| September 1, 2013 | 1 | N99AT | Miles Williams | P. Maloney |
| September 26, 2013 | 2 | N188JB | Melvyn Mayes | Marco Molo |
| September 28, 2013 | 1 | N188JB | Melvyn Mayes | Marco Molo |
| September 29, 2013 | 1 | N188JB | Melvyn Mayes | Marco Molo |
| October 1, 2013 | 2 | N99AT | Miles Williams | P. Maloney |
| October 1, 2013 | 1 | N188JB | Melvyn Mayes | MarcoMolo |
| October 3, 2013 | 2 | N188JB | Melvyn Mayes | Marco Molo |
| October 5, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| October 5, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| October 10, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| October 13, 2013 | 1 | N99AT | Miles Williams | P. Maloney |
| October 14, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| October 15, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| October 17, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| October 18, 2013 | 2 | N188JB | Melvyn Mayes | Bruce Batelaan |
| October 22, 2013 | 2 | N188JB | Marco Mola | Bruce Batelaan |
| October 23, 2013 | 2 | N188JB | Marco Mola | Bruce Batelaan |

| Date | # of Flights | Aircraft | Pilot-in-Command | Second-in-Command |
|---|---|---|---|---|
| October 24, 2013 | 2 | N188JB | Marco Mola | Bruce Batelaan |
| October 25, 2013 | 1 | N188JB | Marco Mola | Bruce Batelaan |
| October 27, 2013 | 2 | N188JB | Marco Mola | Bruce Batelaan |
| October 28, 2013 | 1 | N188JB | Marco Mola | Bruce Batelaan |
| October 29, 2013 | 1 | N188JB | Marco Mola | Bruce Batelaan |
| October 30, 2013 | 1 | N188JB | Marco Mola | Bruce Batelaan |
| October 31, 2013 | 2 | N188JB | Marco Mola | Bruce Batelaan |
| November 2, 2013 | 1 | N188JB | Marco Mola | Bruce Batelaan |
| November 6, 2013 | 1 | N188JB | Marco Mola | Bruce Batelaan |
| November 7, 2013 | 2 | N188JB | Melvyn Mayes | Bruce Batelaan |
| November 8, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| November 9, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| November 12, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| November 18, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |
| November 24, 2013 | 1 | N188JB | Melvyn Mayes | Bruce Batelaan |

5. At the time of each of these flights, pilots Williams, Mayes, Mola, and Batelaan had not completed tests covering the topics specified in §§ 135.293(a)(1), (4), (5), (6), (7), (8) of the Federal Aviation Regulations, 14 C.F.R. § 135.293, since the beginning of the 12th calendar month prior to the flight.

6. As the holder of an air carrier certificate, Defendant was issued operations specifications by the FAA.

7. Defendant's operations specifications prohibited it from conducting operations under Part 135 unless each crewmember was tested to conduct flights for Defendant under Part 135.

8. Defendant's operations specifications required that it follow its Operations Manual.

9. Defendant's Operations Manual required that all pilots meet the requirements of § 135.293.

10. By failing to ensure that its pilots were currently tested under § 135.293(a), Defendant operated contrary to its operations specifications.

3

11. The above-referenced operations were careless or reckless so as to endanger the life or property of another.

### Count I – Violation of 14 C.F.R. § 135.293(a)

12. Plaintiff re-alleges the allegations contained in paragraphs 1 through 11 and further alleges the following:

13. 14 C.F.R. § 135.293(a) provides that no certificate holder may use a pilot, nor may any person serve as a pilot, unless, since the beginning of the 12th calendar month before that service, that pilot has passed a written or oral test, given by the Administrator or an authorized check pilot, on that pilot's knowledge in the areas specified in 14 C.F.R. § 135.293(a).

14. At the time of each flight listed in paragraph 4, pilots Williams, Mayes, Mola, and Batelaan had not completed tests covering the topics specified in §§ 135.293(a)(1), (4), (5), (6), (7), (8) of the Federal Aviation Regulations, 14 C.F.R. § 135.293, since the beginning of the 12th calendar month prior to the flight.

### Count II – Violation of 14 C.F.R. § 119.5(g)

15. Plaintiff re-alleges the allegations contained in paragraphs 1 through 11 and further alleges the following:

16. 14 C.F.R. § 119.5(g) prohibits any person from "operat[ing] as a direct air carrier or as a commercial operator without, or in violation of, an appropriate certificate and appropriate operations specifications."

17. Jet 1's Operations Specifications prohibited it from conducting any operation under Part 135 unless each crewmember was "[c]urrently trained and/or tested, qualified, and holds the appropriate airman and medical certificates to conduct flights for the certificate holder under part 135."

4

18. At the time of each flight listed in paragraph 4, pilots Williams, Mayes, Mola, and Batelaan had not completed tests covering the topics specified in §§ 135.293(a)(1), (4), (5), (6), (7), (8) of the Federal Aviation Regulations, 14 C.F.R. § 135.293, since the beginning of the 12th calendar month prior to the flight.

### Count III – Violation of 14 C.F.R. § 119.5(l)

19. Plaintiff re-alleges the allegations contained in paragraphs 1 through 11 and further alleges the following:

20. 14 C.F.R. § 119.5(l) prohibits the "operat[ion of] an aircraft under this part, part 121 of this chapter, or part 135 of this chapter in violation of an air carrier operating certificate, operating certificate, or appropriate operations specifications issued under this part."

21. Jet 1's Operations Specifications prohibited it from conducting any operation under Part 135 unless each crewmember was "[c]urrently trained and/or tested, qualified, and holds the appropriate airman and medical certificates to conduct flights for the certificate holder under part 135."

22. At the time of each flight listed in paragraph 4, pilots Williams, Mayes, Mola, and Batelaan had not completed tests covering the topics specified in §§ 135.293(a)(1), (4), (5), (6), (7), (8) of the Federal Aviation Regulations, 14 C.F.R. § 135.293, since the beginning of the 12th calendar month prior to the flight.

### Count IV – Violation of 14 C.F.R. § 91.13(a)

23. Plaintiff re-alleges the allegations contained in paragraphs 1 through 11 and further alleges the following:

24. 14 C.F.R. § 91.13(a) provides that no person may operate an aircraft in a careless or reckless manner so as to endanger the life or property of another.

25. At the time of each flight listed in paragraph 4, Jet 1 was operating its flights in violation of sections 119.5 and 135.293 of the Federal Aviation Regulations. These operational regulations exist to ensure the safety of each flight conducted under Part 135, and the FAA and National Transportation Safety Board deem them as residual violations of § 91.13(a).

26. Under 49 U.S.C. § 46301(a), Defendant is subject to a civil penalty not to exceed $11,000 for each violation of the Federal Aviation Regulations.

WHEREFORE, Plaintiff demands judgment against Defendant Jet 1 Charter, in the sum of $75,000, together with costs and interest from the date of entry of judgment.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: _____
DAVID P. SULLIVAN
Assistant United States Attorney
Florida Bar No. 0111166
2110 First Street, Suite 3-137
Fort Myers, FL 33901
Telephone: (239) 461-2200
Facsimile: (329) 461-2219
Email: David.Sullivan3@usdoj.gov

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David P. Sullivan, Assistant United States Attorney, 2110 First Street, Suite 3-137, Fort Myers, FL 33901

## DEFENDANTS
Jet 1 Charter, Inc.

County of Residence of First Listed Defendant  Collier
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | [X] 890 Other Statutory Actions |
| **REAL PROPERTY** / **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation / ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure / ☐ 441 Voting / ☐ 463 Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment / ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land / ☐ 443 Housing/ Accommodations / ☐ 530 General | | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability / ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property / ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | | |
| / ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | | |
| / ☐ 555 Prison Condition | | | | |
| / ☐ 560 Civil Detainee - Conditions of Confinement | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
49 U.S.C. 46301(a)

Brief description of cause:
Complaint seeking civil penalties for violations of FAA regulations

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 8/16/18

SIGNATURE OF ATTORNEY OF RECORD  /s/ [signature]

---

**FOR OFFICE USE ONLY**

RECEIPT # W   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

(1 summ)   2:18-cv-562-FtM-99CM